IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

PEERLESS INSURANCE COMPANY,

    Plaintiff,

vs.

SUNLIFE SYSTEMS INTERNATIONAL, INC.

    Defendant.

No. 3:12-cv-00251-MOC-DCK

## ORDER

This matter having been brought before the Court on Plaintiff Peerless Insurance Company's Motion for Default Against Defendant Sunlife Systems International, Inc., and after reviewing the briefs and submissions relevant to the motion, and applicable case law, the Court orders as follows:

IT IS ORDERED that Plaintiff Peerless Insurance Company's motion for default against Defendant Sunlife Systems International, Inc., pursuant to Fed. R. Civ. P. 55(b), should be and hereby is GRANTED.

Dated this 27th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE